**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 22-1464**

---

MARIE THERESE ASSA'AD-FALTAS, MD, MPH,

        Plaintiff - Appellant,

    v.

JOHN W. KITTREDGE, solely officially as Acting SC Chief Justice in SC Appellate Case 2021-000815, and solely for declaratory and injunctive relief,

        Defendant - Appellee.

---

Appeal from the United States District Court for the District of South Carolina, at Columbia. Shiva Vafai Hodges, Magistrate Judge. (3:22-cv-00923-TLW-SVH)

---

Submitted: November 21, 2022          Decided: December 8, 2022

---

Before NIEMEYER, RUSHING, and HEYTENS, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Marie Therese Assa'ad-Faltas, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Marie Therese Assa'ad-Faltas seeks to appeal the magistrate judge's text order denying her motion for recusal. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291, and certain interlocutory and collateral orders, 28 U.S.C. § 1292; Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949). The order Assa'ad-Faltas seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. *See In re Virginia Elec. & Power Co.*, 539 F.2d 357, 364 (4th Cir. 1976); *see also Wyatt By & Through Rawlins v. Rogers*, 92 F.3d 1074, 1080 (11th Cir. 1996) ("An interlocutory appeal does not lie from the denial of a motion to disqualify a district judge."). Accordingly, we dismiss the appeal for lack of jurisdiction. We deny all pending motions. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*

2